Magistrate J. Kelley Arnold

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KAUTHAR MUHAMMAD,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>JO ANNE B. BARNHART, Commissioner of Social Security,<br><br>　　　　　　　　Defendant. | Case No.  C05-5017FDB<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

　　　　It is hereby stipulated and agreed by the undersigned attorneys for the parties that the briefing schedule in the above case be amended as follows:

　　　　By July 22,  2005, counsel for the Plaintiff shall file an opening brief.

　　　　By August 19, 2005, counsel for Defendant shall file a responding brief to Plaintiff's Opening Brief.

　　　　Plaintiff's Reply Brief is due by August 31, 2005 (optional).

///
///
///
///
///
///

　　　　DATED this 27th day of June, 2005.

**STIPULATION AND ORDER FOR EXTENSION OF TIME - 1**

**Skrinar Law Offices**
524 Tacoma Avenue South
Tacoma, Washington 98402
Phone (253) 383-0708
Fax (253) 383-3673

| | |
|---|---|
| SKRINAR LAW OFFICES | JOHN McKAY<br>United States Attorney |
| /s/_____<br>PATRICIA PADILLA SKRINAR<br>WSBA NO. 13772<br>Attorney for Plaintiff | /s/ __(telephonic approval)_____<br>David M. Blume, Esq.<br>Special Assistant U.S. Attorney<br>Social Security Administration<br>Attorneys for the Defendant<br>Signed per Oral Authorization |

**ORDER ALLOWING EXTENSION**

SO ORDERED this 5th day of July, 2005.

                                                          /s/ J. Kelley Arnold
                                                         U.S. MAGISTRATE JUDGE ARNOLD

CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2005, I filed the foregoing with the Clerk of Court using

**STIPULATION AND ORDER FOR EXTENSION OF TIME - 2**

                    **Skrinar Law Offices**
                    524 Tacoma Avenue South
                    Tacoma, Washington 98402
                    Phone (253) 383-0708
                    Fax (253) 383-3673

1 the CM/ECF system which will send notification of such filing to the attorney(s) of record for the
2 defendant(s):

3   David M. Blume
    Special Assistant US Attorney
4   700 Stewart Street, Ste 5220
    Seattle, WA 98101-1271
5   laura.day@usdoj.gov

6                                                          s/_____
                                                           Patricia Padilla Skrinar
7                                                          Attorney for Plaintiff
                                                           SKRINAR LAW OFFICES
8                                                          524 Tacoma Avenue South
                                                           Tacoma, Washington 98402
9                                                          Phone: (253) 383-0708
                                                           Fax: (253) 383-3673
10                                                         E-mail: pskrinar@callatg.com

**STIPULATION AND ORDER FOR
EXTENSION OF TIME - 3**                                   **Skrinar Law Offices**
                                                          524 Tacoma Avenue South
                                                          Tacoma, Washington 98402
                                                          Phone (253) 383-0708
                                                          Fax (253) 383-3673